**STATE of Missouri, Respondent,**

v.

**Michael CRAWFORD, Appellant.**

No. ED 82031.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 21, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 24, 2003.

Case Transferred to Supreme Court
Jan. 27, 2004.

Case Retransferred to Court of
Appeals Sept. 28, 2004,

Original Opinion Reinstated
Oct. 13, 2004.

Amy M. Bartholow, Columbia, MO, for
appellant.

John Munson Morris III, Karen L.
Kramer, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, SR.,
P.J., ROBERT G. DOWD, JR., J., MARY
R. RUSSELL, J.

*ORDER*

PER CURIAM.

Michael Crawford ("Defendant") appeals
from a judgment entered upon a jury verdict convicting him of first degree murder,
armed criminal action, and first degree
assault. He alleges three points of error.
His first two points address the pretrial
lineup in which he was identified as the
assailant. Specifically, in his first point, he
alleges that the State violated his constitutional rights by conducting a lineup in the
absence of defense counsel. In his second
point, Defendant argues that the trial
court erred in admitting the identification
testimony of witnesses in that the identification procedures were unduly suggestive
and created a substantial risk of misidentification. In his final point, he asserts that
the trial court erred in failing to question
each juror individually regarding an allegedly prejudicial newspaper article that was
published the evening before the jurors
began their second day of deliberations.
We find no merit in Defendant's arguments and affirm.

The judgment entered upon the verdict
is affirmed pursuant to Rule 30.25(b).